

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2016

No. 04-16-00569-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Charles **CERVANTES**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-03566
Honorable Laura Salinas, Judge Presiding

# O R D E R

The appellee's motion for extension of time to file brief is hereby GRANTED. Time is extended to November 20, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court